IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                             CIVIL NO. 2:07CV00212
                                                JUDGE MARBLEY
      vs.                                            MAGISTRATE JUDGE KEMP

UNKNOWN SPOUSE, HEIRS, DEVISEES,
LEGATEES, EXECUTORS, ADMINISTRATORS,
AND ASSIGNS, IF ANY, OF THOMAS
MINDER, DECEASED, ALSO KNOWN AS
T.M. MINDER, DECEASED

UNKNOWN SPOUSE, HEIRS, DEVISEES,
LEGATEES, EXECUTORS, ADMINISTRATORS,
AND ASSIGNS, IF ANY, OF FRANCES MINDER,
DECEASED

EDWARD EGY

ALICE EGY

TREASURER OF BELMONT COUNTY, OHIO

      Defendants.

ORDER OF CONFIRMATION OF SALE
AND DISTRIBUTION

      This cause came on to be considered upon plaintiff's application for an Order confirming the sale made by the United States Marshal under the former order of this Court, and it appearing to the Court that the proceedings and the sale have been in all respects in conformity to law and the orders of this Court:

      IT IS ORDERED that said proceedings are approved and confirmed and that the Marshal convey to the purchaser, the Secretary of the United States Department of Housing and Urban

Development, by deed, according to law, the real estate so sold, and said purchaser is hereby subrogated to all of the rights of the lienholders herein against said premises so far as may be necessary for the protection of the purchaser's title, and a writ of possession is awarded to said purchaser for said premises. The real estate being conveyed, generally known as 200 Efaw Avenue, St. Clairsville, Ohio 43950 is further described as follows:

> Situated in the State of Ohio, County of Belmont, and in the City of St. Clairsville and described as follows:
>
> And known as and being Lot numbered Seven (7) as the same is shown and designated on the Plat of Efaw's Addition to the City of St. Clairsville, Ohio, as the same is recorded in Volume 9, Page 128, Plat Records of Belmont County, Ohio.
>
> SUBJECT TO ALL CONDITIONS, COVENANTS, RESERVATIONS, RESTRICTIONS, AND EASEMENTS, IF ANY, OF RECORD.
>
> PARCEL NO.: 34-01354.000

IT IS FURTHER ORDERED that the mortgage recorded on May 25, 1994, in Mortgage Record Volume 619, Page 234, Belmont County, Ohio, in favor of Unity Mortgage Corp. DBA: The Reverse Mortgage Company, assigned to the Secretary of Housing and Urban Development by assignment recorded on April 20, 2001 as Instrument 200100003188, in Mortgage Record Volume 791, page 879, Recorder's Office, Belmont County, Ohio be released of record.

IT IS FURTHER ORDERED that the proceeds of the sale amounting to $102,138.44 be distributed to the purchaser, the Secretary of the United States Department of Housing and Urban Development, to be credited upon the mortgage indebtedness of Thomas Minder, Deceased, also known as T.M. Minder, Deceased and Frances Minder, Deceased.

The purchaser herein accepts the property subject to all real estate taxes that are due and payable at the time the Secretary of the United States Department of Housing and Urban

Development purchased the property.

                                                      s/Algenon L. Marbley
                                                      ALGENON L. MARBLEY
                                                      United States District Judge

APPROVED:

GREGORY G. LOCKHART
United States Attorney


s/Andrew M. Malek
ANDREW M. MALEK (0061442)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
E-mail: Andrew.Malek@usdoj.gov


s/David K. Liberati (per written authorization of 10/15/08)
DAVID K. LIBERATI (0010553)
Assistant Prosecuting Attorney
Attorney for Defendant Treasurer of Belmont County, Ohio
Courthouse Annex No. 1
147 West Main Street
St. Clairsville, Ohio 43950
Telephone: (740) 695-2121
Facsimile: (740) 695-4412